In re GREEN et al. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) In the matter of the application of Moe Green and another to set aside certain orders, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KELLOGG, J., dissents.

---

GREEN, Appellant, v. FITZPATRICK, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Bryan G. Green against Eugene Fitzpatrick. No opinion. Judgment of the Municipal Court modified, by adding a provision making the dismissal "without prejudice to a new action," and, as so modified, affirmed, without costs of this appeal.

---

GUGGENHEIM, Appellant, v. GUGGENHEIM, Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Grace B. Guggenheim against William Guggenheim. W. M. Seabury, for appellant. S. Untermyer, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 118 N. Y. Supp. 1110.

---

HAAS v. NEW YORK CENT. & H. R. R. CO. et al. JACOBS v. SAME (two cases). (Supreme Court, Appellate Division, First Department. November 5, 1909.) Separate actions by Jacob G. Haas, as administrator, by David Jacobs, and by Jennie Jacobs against the New York Central & Hudson River Railroad Company and others. C. J. Earley, for appellants. A. I. Elkus and C. S. Petrasch, for respondents. No opinion. Judgments affirmed, with costs. Orders filed.

---

HABER, Respondent, v. WHITRIDGE, Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1909.) Action by Gershan Haber against Frederick W. Whitridge, as receiver. F. J. Moses, for appellant. S. G. Gibboney, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM and SCOTT, JJ., dissent, on the ground that there was no evidence of defendant's negligence.

---

HACK, Respondent, v. DADY, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Henry Hack against Michael J. Dady. No opinion. Motion denied, without costs. See, also, 118 N. Y. Supp. 906, 907.

---

HACK, Respondent, v. DADY, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Julia Hack against Michael J. Dady. No opinion. Motion denied, without costs. See, also, 118 N. Y. Supp. 906, 907.

---

HACKETT, Respondent, v. H. KOEHLER & CO., Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by James Hackett against H. Koehler & Co. B. C. Loder, for appellant. T. J. O'Neill, for respondent. No opinion. Order affirmed, with costs. Order filed.

---

HAGADONE, Respondent, v. NORMOYLE & QUAILEY, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Revelo O. Hagadone against Normoyle & Quailey, Incorporated. No opinion. Motion to dismiss appeal granted, with costs, unless the appeal is perfected within 10 days.

---

HAHN, Respondent, v. CONRIED METROPOLITAN OPERA CO., Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Jeanette K. Hahn against the Conried Metropolitan Opera Company. T. H. Lord, for appellant. S. J. Liebeskind, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered with costs to appellant to abide event, on 126 App. Div. 815, 111 N. Y. Supp. 161. Order filed.

HOUGHTON, J., concurs in the reversal, on the ground that there was error in the admission of expert evidence.

LAUGHLIN, J., dissents.

---

HALL v. HALL. (Supreme Court, Appellate Division. First Department. November 12, 1909.) Action by George R. Hall against Fras. M. Hall. No opinion. Motion denied, with $10 costs. Order filed. See, also, 118 N. Y. Supp. 1111.

---

HAMMOND, Respondent, v. INTERNATIONAL RY. CO., et al. Appellants. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Franklin T. Hammond, as receiver, etc., against the International Railway Company, and others.

PER CURIAM. Judgment (63 Misc. Rep. 437, 116 N. Y. Supp. 854) affirmed, with costs.

SPRING, J., not sitting.

---

HARRIS, Respondent, v. AMERICAN PLUMBING MFG. COS., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by David W. Harris against the American Plumbing Manufacturing Companies. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

HAVANA CENT. R. CO., Respondent, v. GREENWOOD, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by the Havana Central Railroad Company against William M. Greenwood. W. A. De Ford, for appellant. F. E.